ERIC GRANT
United States Attorney
NICHOLAS KARP
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:26-MJ-00035-SAB |
|---|---|
| Plaintiff, | ORDER TO DISMISS THE COMPLAINT FOR MATERIAL WITNESS AND PETITION FOR WARRANT FOR MATERIAL WITNESS ON PRETRIAL RELEASE WITHOUT PREJUDICE AND TO RELEASE DEFENDANT FORTHWITH |
| v. | |
| AYDETH PACHECO-CIRIACO, | |
| Defendant. | |

ORDER

Pursuant to the Government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the Government's motion and gives the Government leave to dismiss the complaint for material witness and petition for warrant for material witness on pretrial release this matter without prejudice against the defendant, Aydeth Pacheco-Ciriaco, and to release defendant forthwith on this criminal case.

IT IS SO ORDERED.

Dated:  **March 31, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge